**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| PEDRO PAEZ-HERRERA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-78-AGF |
| | ) | |
| KRISTI NOEM, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM AND ORDER

Petitioner names numerous Respondents in his Petition, including "Warden or Acting Warden St. Genevieve County Detention Center." ECF No. 1 at 6. The proper name of this respondent is the Warden of the Ste. Genevieve County Jail where Petitioner is in custody— Sheriff Gary Stolzer. *See* 28 U.S.C. § 2242, ¶ 2. The Court takes judicial notice that the U.S. Attorney's Office will be representing Sheriff Stolzer. *See Samkharadze v. Mullin*, No. 1:26-cv-101-RWS, ECF No. 1 at 1 n. 1 (E.D. Mo. filed May 26, 2026) (government's response confirming local warden as proper party respondent and explaining that pursuant to an intergovernmental agreement, the U.S. Attorney has agreed to represent the Sheriff).[1]

**IT IS HEREBY ORDERED** that "Gary Stolzer, Warden of Ste. Genevieve County Jail" be substituted as the proper respondent in this matter.

Dated this 5th day of June, 2026.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

---

[1] Service was issued as to the U.S. Attorney and U.S. Attorney General in a separate Order. *See* ECF No. 6.