**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| PEDRO PAEZ-HERRERA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-78-AGF |
| | ) | |
| GARY STOLZER, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Upon review of Petitioner's motion (ECF No. 2) to appoint counsel,

**IT IS HEREBY ORDERED** that the Clerk of Court is hereby directed to forward

to Petitioner a form of financial affidavit, together with this Order.  Petitioner shall have

up to and including **June 22, 2026**, to file the affidavit regarding Petitioner's financial

ability to retain counsel.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 9th day of June, 2026.