**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| PEDRO PAEZ-HERRERA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-78-AGF |
| | ) | |
| GARY STOLZER, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This issue is before the Court upon Plaintiff's response to this Court's order (ECF No. 16) directing Plaintiff's newly appointed attorney to file a notice indicating their intent to supplement or amend the initial pleading in this case.  Petitioner indicated their intent to supplement or amend the initial pro se petition and requested twenty-one days from June 23, 2026, including July 14, 2026 to file their amended or supplemental petition.

Accordingly, Petitioner's request is **GRANTED**. Petitioner's amended filing shall be due **July 14, 2026**.

**IT IS FURTHER ORDERED** that Respondent shall have **ten (10) days** after the filing of the amended complaint to file any amended response.

**IIT IS FURTHER ORDERED** that within **three (3) days** of Respondents filing an amended response, Petitioner must file a notice that indicates: (1) whether Petitioner will file a reply and, if so, how much time is needed to do so; and (2) Petitioner's position on the need for a hearing.  *See* 28 U.S.C. § 2243, ¶ 4. The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

So ordered this 24th day of June, 2026.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE